[No. 42944-6-II.   Division Two.   August 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHILA JEAN WYATT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00682-8, Paula Casey, J., entered November 29, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Forbes, J. Pro Tem.

[No. 43265-0-II.   Division Two.   August 20, 2013.]

ROBERT LISLE HALE, *as Personal Representative*, ET AL., *Appellants,* v. BRIDGE BUILDERS, LTD., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 09-2-00447-4, Craddock D. Verser, J. Pro Tem., entered March 16, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and McCarthy, J. Pro Tem.

[No. 29658-0-III.   Division Three.   August 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD WILLIAM BOSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-1-00114-4, Allen Nielson, J., entered December 28, 2010. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 30198-2-III.   Division Three.   August 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. URIEL ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 11-1-00130-8, Jack Burchard, J., entered August 3, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.